UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 18-10741-DOC (KS)                                    Date: April 9, 2019

Title  *Jonathan Pereida v. Rick Hill*

Present: The Honorable:  Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 28, 2018, Petitioner, a California state prisoner proceeding *pro se*, filed a mixed Petition for Writ of Habeas Corpus (the "Petition"). (Dkt. No. 1.) On February 12, 2019, the Court stayed the action pursuant to *Rhines v. Weber*, 544 U.S. 269, 278 (2005) and ordered Petitioner to, within 30 days, file a habeas petition in the California Supreme Court and a Status Report in this Court. (Dkt. No. 9.) Accordingly, Petitioner's status report was due no later than March 14, 2018. On March 4, 2019, the Court resent Petitioner the Court's February 12, 2019 Order Granting a Stay after Petitioner notified the Court of his change of address. (Dkt. No. 11.)

More than three weeks have now passed since Petitioner's deadline for complying with the Court's February 12, 2019 Order, and Petitioner has neither filed a status report nor otherwise communicated with the Court about his case. Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** no later than April 29, 2019, why this case should not be dismissed for his failure to prosecute and comply with the Court's prior Order.

To discharge this Order and proceed with this action, Petitioner must file one of the following **on or before April 30, 2019**:

(1) a status report that includes the case number for the habeas petition that he filed in the California Supreme Court; or
(2) a request for a 30-day extension of time and a sworn declaration (not to exceed 3 pages) presenting a plausible and coherent explanation, supported by competent evidence whenever possible, for Petitioner's repeated failure to timely comply with this Court's orders.

Alternatively, if Petitioner no longer wishes to proceed with this case, he may file a signed document entitled "Notice of Dismissal" in which he requests the voluntary dismissal of this action with no further consequence.

**Petitioner is expressly cautioned that his failure to timely respond to this order may result in the Court vacating the stay *nunc pro tunc* and recommending dismissal of the action based on Local Rule 41-1 and Rule 41 of the Federal Rules of Civil Procedure.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |