# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN PEREIDA, | ) NO. CV 18-10741-DOC (KS) |
|     Petitioner, | ) |
| v. | ) JUDGMENT |
| RICK HILL, Warden, | ) |
|     Respondent. | ) |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 12, 2020

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE